Earl KAMP and Jesse Kamp,
Plaintiffs/Respondents,

v.

Kirby GRANTHAM and Deborah Grantham, Defendants/Appellants.

No. 72459.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 30, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 11, 1998.

Application to Transfer Denied
April 21, 1998.

Albert C. Lowes, David J. Roth, Cape Girardeau, for defendants/appellants.

Malcolm Henry Montgomery, Cape Girardeau, for plaintiffs/respondents.

Before CRAHAN, C.J., JAMES R. DOWD, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Sublessees appeal the judgment entered granting sublessors' claim for money owed them under a sublease. We have reviewed the briefs of the parties and the record on

appeal and find no error of law. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).